

United States District Court
Eastern District of California

Ana Maria OROSCO DIAZ

Plaintiff(s)

Case Number: | 1:26-cv-03454-DJC-SCR (HC) |

V.

Christopher CHESTNUT, Warden, et al

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Marti L. Jones _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Ana Maria Orosco Diaz

On _____10/10/1990_____ (date), I was admitted to practice and presently in good standing in the

UT State Bar, UT Supreme, USDC UT District (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☒ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

De Niz Mendez et al v. Chestnut et al, 1:26-cv-02404-JLT-SAB-HC, applied 03/27/2026, granted.

(See attachment for pending applications.)

Date: 5/4/2026

Signature of Applicant: /s/

**Pro Hac Vice Attorney**

Applicant's Name: Marti L. Jones

Law Firm Name: STOWELL CRAYK, PLLC

Address: 4252 S. 700 E.

City: Millcreek          State: UT          Zip: 84107

Phone Number w/Area Code: (385) 528-1038

City and State of Residence: Millcreek, UT

Primary E-mail Address: marti@lawscb.com

Secondary E-mail Address: rebecca@lawscb.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brett Parkinson

Law Firm Name: Parkinson Benson Potter (PBP Law)

Address: 100 Pine Street

Suite 1250

City: San Francisco          State: CA          Zip: 94111

Phone Number w/Area Code: (415) 534-7970          Bar # 230150

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 5, 2026

*Daniel J. Calabretta*

JUDGE, U.S. DISTRICT COURT